```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  PIO S. KIM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California State Bar No. 156679
 7       United States Attorney's Office
         U.S. Courthouse, Suite 1400
 8       312 N. Spring St.
         Los Angeles, CA 90012
 9       Telephone: (213)894-2569
         Facsimile: (213)894-7177
10       E-mail: Pio.Kim@usdoj.gov

11  Attorneys for Plaintiff
    United States of America
12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                         WESTERN DIVISION
15
    UNITED STATES OF AMERICA,     )  2:09-cv-02016-FMC-AJWx
16                                )
              Plaintiff,          )
17                                )  CONSENT JUDGMENT
         v.                       )
18                                )
    $36,962.83 IN U.S. CURRENCY,  )
19                                )
              Defendant.          )
20                                )
                                  )
21
22
         In this action, plaintiff United States of America (the
23
    "government") alleges that the defendant $36,962.83 in U.S. Currency
24
    (the "defendant currency") is subject to forfeiture pursuant to 31
25
    U.S.C. § 5317(c)(2) and 31 U.S.C. § 5332(c) on the ground that the
26
    defendant currency was involved in one or more violations of 31
27
    U.S.C. § 5316 (violation of reporting requirements) and/or 31 U.S.C.
28
```

§ 5332 (bulk cash smuggling); and/or is traceable to such currency. Potential claimant Olga Erohin (the "claimant") disputes the government's allegations.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 31 U.S.C. § 5317(c)(2) and 31 U.S.C. § 5332(c).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person, and the time to file claims and answers has expired as to all potential claimants. The Court deems that all potential claimants other than the claimant admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. $20,000 of the defendant $36,962.83 in U.S. Currency shall be returned to the claimant by a check made payable to "Cole & Loeterman Client Trust Account" mailed to Dana Cole, Esq. at 1925 Century Park East, Suite 2000, Los Angeles, California, within 6 weeks of the entry of this Consent Judgment.

5. The remaining $16,962.83 of the defendant $36,962.83 in U.S. Currency, together with any interest accrued on the defendant currency, shall be forfeited to the United States of America, which shall dispose of the same according to law.

6. The claimant hereby releases the United States of America,

the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Bureau of Immigration and Customs Enforcement, the Bureau of Customs and Border Protection, and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action, or the seizure or possession of the defendant currency.  The claimant represents and agrees that she has not assigned and is the rightful owners of such claims, causes of action and rights.

7.   The claimant also agrees to hold harmless and indemnify the United States, the United States Attorney's Office, the Bureau of Immigration and Customs Enforcement, the Bureau of Customs and Border Protection and their employees from all claims by third party to any of the $20,000 being returned pursuant to this judgment.

8.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9.   This Consent Judgment is solely caused by the parties' desire not to further litigate this action, and does not constitute a judgment, order or ruling on the merits of this action or of any litigated matters.  This judgement shall not have any res judicata, collateral estoppel, claim preclusion or issue preclusion effects whatsoever.

10. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: June 4, 2009 _____
Florence-Marie Cooper
UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: June 2, 2009       THOMAS P. O'BRIEN
                          United States Attorney

                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division

                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                          _____
                          PIO S. KIM
                          Assistant United States Attorney

                          Attorneys for Plaintiff
                          United States of America

DATED: June 2, 2009       _____
                          DANA COLE

                          Attorney for Claimant
                          Olga Erohin

1